TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00563-CR

Brian Scott, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT

NO. 0954110, HONORABLE JON N. WISSER, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for deadly conduct. Appellant has filed
a motion to withdraw the appeal. No decision of this Court has been delivered. The motion is granted and
the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: May 22, 1997

Do Not Publish